**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BALA CITY LINE, LLC,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **No.:  16-cv-4249** |
| | : | |
| **OHIO SECURITY INSURANCE** | : | |
| **COMPANY,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this __9th__ day of August, 2017, upon consideration of Plaintiff's Motion to Compel Full and Complete Discovery Responses (ECF No. 24) and the parties' responses thereto, (Def.'s Resp., ECF No. 27; Pl.'s Letter Reply, ECF No. 28), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that:

(1)     Plaintiff's request for "full and complete answers to all document requests by noting what Bates stamped documents correspond to each document request" is **DENIED**.  (Order, ECF No. 24-1, Issue 1).

(2)     Plaintiff's request to compel discovery of reserve information and settlement authority information is **GRANTED IN PART** and **DENIED IN PART**.  (Order, ECF No. 24-1, Issue 2).  Defendant shall produce reserve and settlement authority information for *in camera* inspection, to the extent that they contain information other than specific amounts set for loss reserves.  Defendants shall provide these materials within ten days of the date of this Order.

(3)     Plaintiff's request to compel discovery of portions of Defendant's claims manual is **GRANTED IN PART** and **DENIED IN PART**.  Defendant is required to produce portions of the claims manual that discuss policies relating to valuation of

claims, and the timing of claims payments.  Defendant is not required to produce

any other portions of its claims manual.  (Order, ECF No. 24-1, Issue 3).

(4)     Plaintiff's request to compel "full and complete responses to document requests 1,

2, 7-11, 14-21, 23-36, and 28-37" is **DENIED**.  (Order, ECF No. 24-1, Issue 4).


BY THE COURT:


_/s/ Lynne A. Sitarski_____
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE